[No. 41936-6-I.   Division One.  February 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HAIDER Q.
AL-JEBORI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-06059-8, Patricia H. Aitken, J., entered
December 31, 1997. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Webster and Ellington, JJ.

[No. 41332-5-I.   Division One.  March 8, 1999.]

PAN PACIFIC BUILDERS, ET AL., *Appellants*, v. VALLEY
INSURANCE COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-00529-2, Ronald L. Castleberry,
J., entered August 20, 1997. *Affirmed* by unpublished
opinion per Grosse, J., concurred in by Kennedy, C.J., and
Cox, J.

.   [No. 42133-6-I.   Division One.  March 8, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK LEE
CUMMINGS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 97-1-00344-2, David A. Nichols, J., entered
January 22, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43284-2-I.   Division One.  March 8, 1999.]

HENRY M. PAULSENE, *Appellant*, v. CINDY J. PAULSENE,
*Respondent*.   .

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-3-00970-2, Thomas J. Wynne, J.,
entered August 13, 1998. *Affirmed* by unpublished per
curiam opinion.